Essie Mae Myer, Appellant, v. Warner D. Orvis and Others, Respondents.— Judgment unanimously affirmed, without costs, upon condition that the defendants on or before the 18th day of June, 1937, stipulate to pay to plaintiff $273.31, the credit balance remaining in plaintiff's account, after deducting their judgment for costs, and to turn over to plaintiff the twenty-five shares of the stock of Ridgefield Oil Company. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Jacob Dubinsky (Also Known as Jacob John Dubinsky and John J. Dubinsky), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of William Timothy Mulcahy, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of John Bradshaw Thorne, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (June 15, 1937.)

In the Matter of Israel Finkel, an Attorney.— Motion granted. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of Morris H. Zigman, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (June 18, 1937.)

In the Matter of Supplementary Proceedings: The State Tax Commission of the State of New York, Judgment Creditor, Appellant, Respondent, v. Masjoe Joseph Ison, Judgment Debtor, Respondent, Appellant. (Property Clerk, New York City Police Department.) — Order appealed from unanimously modified by granting the motion to vacate the warrant issued and filed in the office of the clerk of the county of New York on January 25, 1937, and as so modified affirmed, with twenty dollars costs and disbursements to the judgment debtor, appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Thomas R. Hughes, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and dismiss the information.

The People of the State of New York, Respondent, v. Milton Speiser, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; O'Malley and Dore, JJ., dissent and vote to reverse and dismiss the information.

Brown, Wheelock, Harris & Co., Inc., Appellant, v. Fred F. French Operators, Inc, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.